# Court of Appeals
# of the State of Georgia

ATLANTA, __September 12, 2024__

*The Court of Appeals hereby passes the following order:*

### A25A0304. KESHIA HUDSON v. FIFTH BEDFORD-PINE APARTMENTS, L.P. et al.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, pro se defendant Keshia Hudson filed a petition for review in state court. The state court ruled against Hudson, who then appealed directly to this Court. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hudson's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__09/12/2024_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*